**UNITED STATES of America,**
**Appellee,**

v.

**Sunny WOBO, also known as Thompson Brown, Defendant–Appellant,**

**Michael Oboshi and Emeka Uche, Defendants.**

**No. 00–1645.**

United States Court of Appeals,
Second Circuit.

April 27, 2001.

James Greenwald; David G. Secular, Assistant Federal Public Defender, for Alexander Bunin, Federal Public Defender, on the brief, Syracuse, NY, for appellant.

Ed J. Thompson, Assistant United States Attorney, for Daniel J. French, United States Attorney, Northern District of New York; Richard R. Southwick and Elizabeth S. Riker, Assistant United States Attorneys, on the brief, Syracuse, NY, for appellee.

Present LEVAL, SACK, and SOTOMAYOR, Circuit Judges.

## SUMMARY ORDER

Defendant Sunny Wobo appeals from his sentence, contending that the court abused its discretion in denying him a downward adjustment for acceptance of responsibility under U.S.S.G. § 3E1.1. We reject this contention. In his probation interview, the defendant lied to the probation officer regarding the extent of his responsibility. The district court was clearly justified in

considering this a failure to accept responsibility.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.